**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Martin R. Brown; Delaine M. Brown, | ) | No. CV-10-1919-PHX-FJM |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Brian T. Moynihan, et al., | ) ) | |
| Defendants. | ) ) ) | |

The court has before it plaintiffs' "motion to vacate the order dated November 19, 2010 for purposeful judicial inpropriety [sic]; judicial bias; and judicial misconduct for pecuniary gain" (doc. 26). We also have defendants' joint response to the motion (doc. 27).

Along with baseless libel, plaintiffs' motion reiterates arguments raised in their complaint and in response to defendants' motion to dismiss. We have considered each of those arguments and rejected them. Construing the motion as one under Rule 59(e) or 60(b), Fed. R. Civ. P. or LRCiv 7.2(g), plaintiffs have presented nothing that warrants setting aside the final judgment entered on November 9, 2010 (doc. 25). We reject plaintiffs' outrageous allegations of judicial impropriety. If plaintiffs in good faith believe the court's order of November 9, 2010 (doc. 24) is erroneous, their remedy lies in a notice of appeal, not an *ad hominem* attack on the court.

1   **IT IS ORDERED DENYING** plaintiffs' motion to vacate (doc. 26).

2   DATED this 3rd day of December, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge